■ ERIC RICHBELL, Respondent, v RONALD RICHBELL, JR., et al., Appellants. [707 NYS2d 624] —Order, Supreme Court, Bronx

County (Jerry Crispino, J.), entered September 9, 1999, which, insofar as appealed from, granted plaintiff's motion to restore the action to the trial calendar, unanimously affirmed, with costs.

Plaintiff's representations as to the difficulties he had finding a new attorney after his first attorney retired from the practice of law suffice to excuse his nonappearance at the pretrial conference, and the nine months it then took for him to move to restore the action to the calendar. Defendant shows no prejudice attributable to this nine-month delay. Concur—Tom, J. P., Ellerin, Lerner, Andrias and Saxe, JJ.